**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Charles Smith ,<br>Plaintiff,<br>V.<br>Equifax Information Services, LLC,<br>Defendant. | Case No:<br>1:26-cv-3047- SEG-JEM<br><br><br>JURY TRIAL DEMANDED |

<u>PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

COMES NOW Charles Smith Plaintiff in the above-styled case, and by and through undersigned counsel, hereby submits its disclosures pursuant to Fed. R. Civ. P. 7.1 and LR 3.3 of the Northern District of Georgia and states as follows:

1. The undersigned party of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   - Charles Smith, Plaintiff
   - EQUIFAX INFORMATION SERVICES, LLC. Defendant

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or

corporations having either a financial interest in or other interest that could be substantially affected by the outcome of this particular case:

- N/A

3. The undersigned further certifies that the following is a full and complete list of all other persons serving as attorney for the parties in this proceeding:

Esther Oise  Attorney for Plaintiff

Respectfully submitted this June 4, 2026.

Signed:

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff