Civil Action No. **1:26-cv-3047**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Equifax information services LLC**
was received by me on **6/07/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Corporation service company**, who is designated by law to accept service of process on behalf of **Equifax information services LLC** at **2 Sun Court, Ste 400, Peachtree Corners, GA 30092** on **06/08/2026 at 9:58 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 88.00** for services, for a total of **$ 88.00**.

I declare under penalty of perjury that this information is true.

Date: 06/08/2026

[signature]
*Server's signature*

**Dana Faulkner**
*Printed name and title*

**3769 Tupelo Trail**
**Auburn, GA 30011**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET, to Corporation service company, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs. Alisha M Smith, Coordinator, Authorized to Accept.**

Tracking #: **0226836584**