**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CHARLES SMITH,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 1:26-cv-03047-SEG-JEM |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jennifer Ziemann does hereby make her appearance as counsel on behalf of Defendant Equifax Information Services, LLC, in the above-captioned cause of action.

Respectfully submitted this June 29, 2026.

*/s/ Jennifer Ziemann*
Jennifer Ziemann
Ga. Bar No. 264280
*Jenn.Ziemann@equifax.com*
Legal Counsel - Litigation
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309
P: 470-623-7550
*Counsel for Equifax Information Services LLC*