# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CHARLES SMITH,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 1:26-cv-03047-SEG-JEM |

## DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Equifax Information Services LLC ("Equifax") by and through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGA., hereby states:

**(1) The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

(a) Charles Smith, Plaintiff;

(b) Equifax Information Services LLC, Defendant. Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc. Equifax Inc., which is a publicly traded company on the New York Stock Exchange, is the sole parent of

Equifax Information Services LLC. No other entity owns 10% or more of Equifax Information Services LLC's stock.

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

None.

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as lawyers for the parties in this proceeding:**

**For Plaintiff:** Esther Oise
Oise Law Group, LLC

**For Equifax:** Jennifer Ziemann,
Equifax, Inc.

Dated: June 29, 2026

Respectfully submitted,

By /s/ Jennifer Ziemann
Jennifer Ziemann
Ga. Bar No. 264280
Jenn.Ziemann@equifax.com
Legal Counsel - Litigation
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309
P: 470-623-7550
*Counsel for Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, I electronically filed DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

*/s/ Jennifer Zieman*
Jennifer Ziemann
*Counsel for Defendant Equifax Information Services LLC*