**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **CHARLES SMITH,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EQUIFAX INFORMATION SERVICES, LLC,**<br><br>**Defendant.** | **CIVIL ACTION FILE NO. 1:26-CV-03047-SEG-JEM** |

**ORDER**

Pending before the Court is Defendant's Consent Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint. (Doc. 7.) Defendant, with Plaintiff's consent, seeks to extend its time to respond to the Complaint from June 29, 2026, to July 29, 2026, because it requires additional time to investigate and respond to Plaintiff's allegations and engage in good faith settlement negotiations. (*Id.*)

Upon due consideration, the motion, (Doc. 7), is **GRANTED**. Defendant shall have through and including **July 29, 2026**, to answer or otherwise respond to Plaintiff's Complaint.

**SO ORDERED** June 30, 2026, *nunc pro tunc* June 29, 2026.

J. Elizabeth McBath
J. ELIZABETH McBATH
UNITED STATES MAGISTRATE JUDGE