**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Charles Smith,<br>Plaintiff,<br>V.<br>Equifax Information Services, LLC,<br>Defendant. | Case No:<br>1:26-cv-03047-SEG-JEM |

**PLAINTIFF'S INITIAL DISCLOSURES**

1. State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.

**This is an action for actual and statutory damages by Plaintiff, an individual consumer, against Equifax Information Services, LLC. for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq. Plaintiff contends that Defendant violated 15 U.S.C. § 1681 et seq., by failing to provide all information in Plaintiff's file upon request.**

2. Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.

   **Plaintiff asserts claims against Defendant for violating 15 U.S.C. § 1681g by failing to clearly and accurately disclose all of the information in Plaintiff's consumer file at the time of the request.**

3. Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

   **- Charles Smith, Plaintiff**

   **- Esther Oise, Esquire , Oise Law Group PC**
   **2635 Governors Walk Blvd. Snellville, GA 30078**
   **Phone: (770) 895-3736**

4. Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)

   **At this time, Plaintiff is not aware of any. Plaintiff reserves the right to supplement this response in accordance with the Federal Rules of Civil Procedure.**

5. Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

- **Copy of Plaintiff's February 26, 2026 Equifax disclosure from Defendant, % Oise Law Group PC , 2635 Governors Walk Blvd. Snellville, GA 30078**

6. In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed. R. Civ. P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

   a. **Statutory Damages: Plaintiff seeks statutory damages for the maximum of $1,000 pursuant to the Fair Credit Reporting Act.**
   b. **Actual Damages: Plaintiff's actual damages have not yet been fully ascertained and continue to be evaluated.**

c. **Attorney fees and costs: Plaintiff seeks recovery of attorneys' fees and costs as permitted by law, the amount of which is continuing to be evaluated.**
d. **Plaintiff reserves the right to supplement this response in accordance with the Federal Rules of Civil Procedure.**

7. Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

    - **None; not applicable**

8. Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiffs cause of action and state the basis and extent of such interest.

    - **None; not applicable.**

Respectfully submitted June 01, 2026.

Signed:

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)

Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

**Attachment A**

Plaintiff Initial Disclosure 3.

Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

Charles Smith, Plaintiff

## Attachment C

Plaintiff Initial Disclosure 5.

- Copy of Plaintiff's February 26, 2026 Equifax disclosure from Defendant, % Oise Law Group PC , 2635 Governors Walk Blvd. Snellville, GA 30078

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, a true and correct copy of the foregoing was sent to the parties of record by email.

Jennifer Ziemann
Ga. Bar No. 264280
Jenn.Ziemann@equifax.com
Legal Counsel - Litigation
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309
P: 470-623-7550

/s/ Esther Oise
Esther Oise, Esq.