**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Charles Smith,<br>Plaintiff,<br>V.<br>Equifax Information Services, LLC,<br>Defendant. | Case No:<br>1:26-cv-03047-SEG-JEM |

PLAINTIFFS NOTICE OF SETTLEMENT

Plaintiff Charles Smith respectfully notifies the Court that Plaintiff and Equifax Information Services, LLC. have agreed in principle to settle the above-captioned matter with prejudice. Counsel for the parties are in the process of preparing and finalizing their Settlement Agreement. The plaintiff will file a dismissal upon completion of the process.

Respectfully submitted September 5, 2026.

Signed:

/s/ Esther Oise

Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2026, the foregoing document was served on all required parties via ECF document system.

/s/ Esther Oise
Esther Oise, Esq.