**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Charles Smith,<br>Plaintiff,<br>V.<br>Equifax Information Services, LLC,<br>Defendant. | Case No:<br>1:26-cv-03047-SEG |

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL

COMES NOW Charles Smith, Plaintiff in the above-styled case, and by and through undersigned counsel, hereby files this Motion for Extension of Time to File Stipulation of Dismissal in response to the Court's September 8, 2026 Docket Order, and shows the Court as follows:

1. On September 5, 2026, Plaintiff filed a Notice of Settlement advising the Court that the parties had agreed to resolve this matter. (Doc. 11.)

2. On September 8, 2026, the Court administratively closed this case and directed the parties to file a stipulation of dismissal or a notice reporting on the status of the case by November 9, 2026.

3. The parties remain in agreement to settle and are working to finalize the details of the settlement and the written Settlement Agreement. Once

the Settlement Agreement is fully executed, the parties will promptly file a stipulation of dismissal.

4. Plaintiff's counsel recognizes that a status notice should have been filed by the Court's deadline, and sincerely apologizes to the Court for not doing so. The delay was not intended as any disregard of the Court's Order.

5. Plaintiff respectfully requests that the Court allow the parties up to and including December 10, 2026, to file a stipulation of dismissal or a further status report.

Respectfully submitted this 10th day of November, 2026.

Signed:

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2026, I electronically filed the foregoing PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s/ Esther Oise
Esther Oise, Esq.
(GA Bar #686342)